IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

EUGENE THOMAS,

    Plaintiff,

vs.

JOHN PAUL; SHELDON OGDEN;
SANDRA ROBERTS; WAYNE HALL;
YEAVIS KNIGHT; PAUL SCHLACHER;
ROBERT FRADY; MILAS
LEBEDOVYCH; FLETA WOOD;
PATRICIA HARRIS; KEVIN
CRABTREE; and CHRISTOPHER
ELLIOTT,

    Defendants.

CIVIL ACTION NO.: CV611-032

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motions to Dismiss are **GRANTED**. Plaintiff's complaint is **DISMISSED**, without prejudice, due to Plaintiff's failure to exhaust his administrative remedies. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 31 day of October, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)